AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Virgin Islands ▼

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  3:23CR00074 |
| | ) | |
| Emma Vanessa Mueses Dilone | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emma Vanessa Mueses Dilone            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
1. Defendant must apear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose.
2. Submit to supervision by and report for supervision to the U.S. Probation Office.
3. Submit to the following location monitoring technology and comply with its requirements as directed
   (i) Location monitoring technology as directed by the pretrial services or supervising officer

Defendant failed to surrender to the United States Marshal for the District of Puerto Rico at 9:00 a.m. on November 3, 2025.

Date: November 6, 2025

*Issuing officer's signature*

City and state:   St. Thomas, VI

Robert A. Molloy, Chief Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 11/06/2025 , and the person was arrested on *(date)* 01/23/2026 |
| at *(city and state)* BAYAMON, PR . |

Date:  01/23/2026

*D. Nevárez*
*Arresting officer's signature*

SPECIAL DEPUTY DAFNE NEVAREZ COLON
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: EMMA VANESSA MUESES DILONE

Known aliases:

Last known residence: El Manantial Housing CommunityBuilding 8, Apartment 142 San Juan, Puerto Rico 00732

Prior addresses to which defendant/offender may still have ties:

Last known employment: Mobil Acueduco, Santurce, PR

Last known telephone numbers: (939) 905-9069

Place of birth: Santo Domingo, DR

Date of birth: 08/28/2004

Social Security number: 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

Height: 5' 4"   Weight: 115

Sex: F   Race: Caucasian-Hispanic

Hair: Black   Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: History of marijuana use

Known family, friends, and other associates *(name, relation, address, phone number)*:
Mother-Gisel Dilone Diaz, (787) 390-4331

FBI number: 1L6WA89T0

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
David Vazquez-Reyes (USPO in PR) 787-309-0994

Pete Gawlinski (USPO in VI) 340-473-8974

Date of last contact with pretrial services or probation officer *(if applicable)*: